[No. 34996-1-I. Division One. May 1, 1995.]

NORTHWEST STEELHEAD AND SALMON COUNCIL OF TROUT UNLIMITED, *Appellants*, v. DEPARTMENT OF FISHERIES, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 92-2-19996-3, Joan Allison, J. Pro Tem., entered February 28, 1994. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Kennedy, A.C.J., and Grosse, J. Now published at 78 Wn. App. 778.

[No. 16571-6-II. Division Two. May 26, 1995.]

DEARL RAY JOHNSON, *Appellant*, v. WILLIAM A. & JANE DOE LOONEY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 91-2-04513-1, James Healy, J., entered September 25, 1992. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Wiggins and Fleisher, JJ.

[No. 17401-4-II. Division Two. May 26, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY LEE CLARK, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 93-1-00124-2, Gordon Godfrey, J., entered July 26, 1993. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Morgan and Wiggins, JJ.